THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>     v.<br><br>ZACHARY ENTZ and NICOLE TRICHLER,<br><br>        Defendants. | CASE NO. CR16-0327-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue the trial date and pretrial motions deadline. The Court finds:

(a) taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel for Defendants the reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

(b) a failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

(c) the additional time requested is a reasonable period of delay, as Defendants have

requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses; and

(d) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and Defendants in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

(e) the additional time requested between the current trial date of February 21, 2017, and the new trial date is necessary to provide counsel for Defendants the reasonable time necessary to prepare for trial, considering their schedule and all of the facts set forth above.

(f)  that the period of delay from the date of this order to the new trial date is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

Therefore, the Court ORDERS that the trial date in this matter shall be continued to May 22, 2017, at 9:30 a.m., and that pretrial motions shall be filed no later than April 10, 2017.

DATED this 11th day of January 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk