THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR16-0327-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ZACHARY ENTZ, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Government's motion to seal its sentencing memorandum (Dkt. No 52). Given the sensitive information contained in the filing, the Court finds good cause to seal. The motion to seal (Dkt. No 52) is GRANTED. Docket Number 53 shall remain SEALED.

DATED this 8th day of August 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk